UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE SCOTTS COMPANY LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SEEDS, INC., a Washington corporation; MILLHORN FARMS, INC., an Idaho corporation; MAPLE LEAF FARM, INC., a Washington corporation; MICA CREEK, INC., a Washington corporation; TIM FREEBURG, an Idaho sole proprietor,<br><br>Defendants. | No. CV-10-327-LRS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the stipulation of the parties (ECF No. 95), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action is hereby dismissed, with prejudice, without fees to any party, and without costs to any party.

**DATED** this 29th day of October, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE- 1**